NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Appellee,*

*v.*

MICHAEL DEAN MAY, *Appellant.*

No. 1 CA-CR 23-0301

FILED 10-24-2024

Appeal from the Superior Court in Yavapai County
No. VI300CR202180452
The Honorable Michael R. Bluff, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Celeste Kinney
*Counsel for Appellee*

Zickerman Law Office, Flagstaff
By Adam Zickerman
*Counsel for Appellant*

---

**MEMORANDUM DECISION**

Judge Samuel A. Thumma delivered the decision of the Court, in which Presiding Judge Maria Elena Cruz and Judge Andrew M. Jacobs joined.

---

**T H U M M A**, Judge:

**¶1**         This is an appeal under *Anders v. California*, 386 U.S. 738 (1967) and *State v. Leon*, 104 Ariz. 297 (1969). Counsel for defendant Michael May has advised the court that, after searching the entire record, he has found no arguable question of law and asks the court to conduct an *Anders* review of the record. May was given the opportunity to personally file a supplemental brief, with October 8, 2024 being the extended deadline for such a filing (given an issue with his mailing address). May, however, did not personally file a supplemental brief. This court has reviewed the record and has found no reversible error. Thus, May's convictions and resulting sentences are affirmed.

**FACTS AND PROCEDURAL HISTORY**

**¶2**         May was charged with five offenses alleged to have been committed in March 2021 in Yavapai County. After trial, a jury found May guilty of two counts of reckless child abuse, Class 5 non-dangerous but repetitive felonies (Counts 1 and 2) and possession of dangerous drugs, a Class 4 non-dangerous but repetitive felony (Count 3). May was found not guilty of possession of drug paraphernalia, a Class 6 felony (Count 4). May pled guilty to Count 5, misconduct involving weapons, a Class 4 felony.

**¶3**         At a July 2023 sentencing, the court considered information and argument presented, including May's prior criminal history and presentence investigation report. The court sentenced May to a prison term of 1 year for Count 1; a concurrent prison term of 1 year for Count 2; a consecutive prison term of 2.5 years for Count 3 and a prison term of 2.5 years on Count 5, concurrent with the prison term for Count 3. The court properly awarded May 32 days of presentence incarceration credit and imposed $889 for various assessments. This court has jurisdiction over May's timely appeal pursuant to Article 6, Section 9, of the Arizona Constitution and Arizona Revised Statutes (A.R.S.) sections 12-120.21(A)(1), 13-4031 and 13-4033(A)(2024).

## DISCUSSION

**¶4**        The record shows that May was represented by counsel at all stages of the proceedings and that counsel was present at all critical stages. The record contains substantial evidence supporting the verdict. The prison sentence imposed was within statutory limits, and presentence incarceration credit was correct. And in all other respects, from the record presented, all proceedings were conducted in compliance with the Arizona Rules of Criminal Procedure.

## CONCLUSION

**¶5**        This court has read and considered counsel's brief and has searched the record provided for reversible error and has found none. *Leon*, 204 Ariz. at 300; *State v. Clark*, 196 Ariz. 530, 537 ¶ 30 (App. 1999). Accordingly, May's convictions and resulting sentences are affirmed.

**¶6**        Upon the filing of this decision, defense counsel is directed to inform May of the status of the appeal and of his future options. Defense counsel has no further obligations unless, upon review, counsel identifies an issue appropriate for submission to the Arizona Supreme Court by petition for review. *See State v. Shattuck*, 140 Ariz. 582, 584-85 (1984). May has 30 days from the date of this decision to proceed, if he desires, with a self-represented motion for reconsideration or petition for review.



AMY M. WOOD • Clerk of the Court
FILED:    AGFV